# UNITED STATES DISTRICT COURT
for the
WESTERN DISTRICT OF PENNSYLVANIA

**STEWART ABRAMSON, individually and on behalf of all others similarly situated**

_Plaintiff_

v.

**NETWORX SYSTEMS INC AND PLANET ROOF PA, LLC**

_Defendant_

)
)
)
)
)
)
)
)
)

Civil Action No. 2:26-cv-00536-MJH

## AFFIDAVIT OF SERVICE

I, Glenn DePretis, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to Planet Roof PA, LLC in Montgomery County, PA on April 3, 2026 at 2:30 pm at 721 Arbor Way, Ste 140, Blue Bell, PA 19422-1977 by leaving the following documents with Andrew D. (refused last name) who as Receptionist is authorized by appointment or by law to receive service of process for Planet Roof PA, LLC.

SUMMONS IN A CIVIL ACTION, CIVIL COVER SHEET, CLASS ACTION COMPLAINT

Additional Description:
Andrew D. (refused last name).
Race: White, Sex: Male, Est. Age: 25-34, Hair: Brown, Glasses: Y, Est. Weight: 180 lbs to 200 lbs, Est. Height: 5' 6" to 5' 9".
Geolocation of Serve: https://google.com/maps?q=40.1399434748,-75.284903215
Photograph: See Exhibit 1

Total Cost: $90.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in

   Montgomery County                    ,

   PA      on    4/3/2026            .

/s/ *Glenn DePretis*
_____

Signature
Glenn DePretis
+1 (267) 417-7080

Exhibit 1a)

