**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| STEWART ABRAMSON, individually and on behalf of all others similarly situated, | Civil Action No. 2:26-cv-00536 |
| Plaintiff(s), | |
| v. | |
| NETWORX SYSTEMS INC and PLANET ROOF PA, LLC | |
| | **Electronically Filed** |
| Defendant(s). | |

**NOTICE OF APPEARANCE**

Please enter the appearance of Colin D. Dougherty, and Fox Rothschild LLP as counsel of record for Defendant Planet Roof PA, LLC.

Respectfully submitted,

**FOX ROTHSCHILD LLP**

Date: April 22, 2026

/s/ Colin Dougherty
Colin Dougherty
Fox Rothschild LLP
980 Jolly Road, Suite 110
P.O. Box 3001
Blue Bell, PA 19422
Telephone: (610) 397-3908
Email: cdougherty@foxrothschild.com
*Counsel for Defendant,*
*Planet Roof PA, LLC*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on this 22nd day of April 2026, I caused the foregoing document to be filed electronically with this Court, where it is available for viewing and downloading from the Court's ECF system, and that such electronic filing automatically generates a Notice of Electronic Filing constituting service of the filed document, upon all counsel of record.

*/s/ Colin Dougherty*
Colin Dougherty

2