**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| STEWART ABRAMSON, individually and on behalf of all others similarly situated,<br><br>    Plaintiff(s),<br><br>        v.<br><br>NETWORX SYSTEMS INC and PLANET ROOF PA, LLC<br><br>    Defendant(s). | Civil Action No. 2:26-cv-00536<br><br><br><br><br><br>**Electronically Filed** |

**JOINT STIPULATION TO EXTEND TIME
TO RESPOND TO COMPLAINT PURSUANT TO LOCAL RULE 7.E.**

And now come Plaintiff Stewart Abramson ("Plaintiff") and Defendant Planet Roof PA, LLC ("Planet Roof"), by and through their undersigned counsel, and file this Joint Stipulation to Extend Time to Respond Pursuant to Local Rule 7.E., stating as follows:

1.      On April 1, 2026, Plaintiff commenced the above-captioned proceeding by filing a putative class action Complaint against Planet Roof and Co-Defendant Networx Systems Inc.

2.      Plaintiff served Planet Roof with the Complaint and Summons on April 3, 2026. Accordingly, a responsive pleading is due on or before April 24, 2026.

3.      Pursuant to Local Rule 7.E., Plaintiff and Planet Roof stipulate to an extension of time until May 26, 2026, for Planet Roof to file its Answer to the Complaint or a motion pursuant to Federal Rule of Civil Procedure 12.

4.      This is the first extension of time in this case.

Respectfully submitted,


/s/ Anthony I. Paronich
Anthony I. Paronich
Paronich Law, P.C.

/s/ Colin Dougherty
Colin Dougherty
Fox Rothschild LLP

350 Lincoln St.
Suite 2400
Hingham, MA 02043
Telephone: (508) 221-1510
Email: anthony@paronichlaw.com
*Counsel for Plaintiff,*
*Stewart Abramson*

Dated: April 22, 2026

980 Jolly Road, Suite 110
P.O. Box 3001
Blue Bell, PA 19422
Telephone: (610) 397-3908
Email: cdougherty@foxrothschild.com
*Counsel for Defendant,*
*Planet Roof PA, LLC*

**IT IS SO ORDERED:**

_____
HON. MARILYN J. HORAN