**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| STEWART ABRAMSON, individually and on behalf of all others similarly situated, | Civil Action No. 2:26-cv-00536 |
| Plaintiff(s), | |
| v. | |
| NETWORX SYSTEMS INC and PLANET ROOF PA, LLC | |
| | **Electronically Filed** |
| Defendant(s). | |

**DISCLOSURE STATEMENT OF DEFENDANT
PLANET ROOF PA, LLC PURSUANT TO LCvR 7.1**

Pursuant to Local Rule 7.1, the undersigned counsel for Defendant Planet Roof PA, LLC

("Planet Roof") states the following:

1.    Planet Roof is a limited liability  formed under the laws of the State of

Pennsylvania.

2.    Planet Roof certifies that there are no parents, subsidiaries, and/or affiliates of said

party that have issued shares or debt securities to the public.

Respectfully submitted,

**FOX ROTHSCHILD LLP**

Date: April 23, 2026

/s/ Colin Dougherty
Colin Dougherty
PA Bar ID No: 88363
Fox Rothschild LLP
980 Jolly Road, Suite 110
P.O. Box 3001
Blue Bell, PA 19422
Telephone: (610) 397-3908
Email: cdougherty@foxrothschild.com
*Counsel for Defendant,*
*Planet Roof PA, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of April 2026, I caused the foregoing document to be filed electronically with this Court, where it is available for viewing and downloading from the Court's ECF system, and that such electronic filing automatically generates a Notice of Electronic Filing constituting service of the filed document, upon all counsel of record.

*/s/ Colin Dougherty*
Colin Dougherty