**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| STEWART ABRAMSON, individually and on behalf of all others similarly situated, | : : : : | Civil File No. 2:26-cv-00536 |
| Plaintiff, | : : : | |
| v. | : : | |
| NETWORX SYSTEMS INC. and PLANET ROOF PA, LLC | : : : : | |
| Defendants. | : | |

## ORDER ON MOTION FOR ADMISSION *PRO HAC VICE*

This Court GRANTS the Motion to Appear *Pro Hac Vice* of Anthony I. Paronich.

SIGNED THIS 27th DAY OF April, 2026.

_____
United States District Judge