**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| STEWART ABRAMSON, individually and on behalf of all others similarly situated, | Civil Action No. 2:26-cv-00536 |
| Plaintiff(s), | |
| v. | |
| NETWORX SYSTEMS INC and PLANET ROOF PA, LLC | |
| | **Electronically Filed** |
| Defendant(s). | |

**SECOND JOINT STIPULATION TO EXTEND TIME
TO RESPOND TO COMPLAINT PURSUANT TO LOCAL RULE 7.E.**

And now come Plaintiff Stewart Abramson ("Plaintiff") and Defendant Planet Roof PA, LLC ("Planet Roof"), by and through their undersigned counsel, and file this Second Joint Stipulation to Extend Time to Respond Pursuant to Local Rule 7.E., stating as follows:

1.      On April 1, 2026, Plaintiff commenced the above-captioned proceeding by filing a putative class action Complaint against Planet Roof and Co-Defendant Networx Systems Inc.

2.      Plaintiff served Planet Roof with the Complaint and Summons on April 3, 2026.

3.      On April 23, 2026, the parties entered a stipulation to extend Planet Roof's time to answer or otherwise respond to the Complaint until May 26, 2026.

4.      Planet Roof's investigation into Plaintiff's allegations is continuing, and Planet Roof requires additional time to file its answer or other response to the Complaint.

5.      Accordingly, pursuant to Local Rule 7.E., Plaintiff and Planet Roof stipulate to an extension of time until June 9, 2026, for Planet Roof to file its Answer to the Complaint or a motion pursuant to Federal Rule of Civil Procedure 12.

6.      This is the second extension of time in this case.

Respectfully submitted,

| | |
|---|---|
| */s/ Anthony I. Paronich* | */s/ Colin Dougherty* |
| Anthony I. Paronich, *Pro Hac Vice* | Colin Dougherty |
| Paronich Law, P.C. | PA Bar ID No.: 88363 |
| 350 Lincoln St. | Fox Rothschild LLP |
| Suite 2400 | 980 Jolly Road, Suite 110 |
| Hingham, MA 02043 | P.O. Box 3001 |
| Telephone: (508) 221-1510 | Blue Bell, PA 19422 |
| Email: anthony@paronichlaw.com | Telephone: (610) 397-3908 |
| | Email: cdougherty@foxrothschild.com |
| Jeremy C. Jackson | *Counsel for Defendant,* |
| PA Bar ID No.: 321557 | *Planet Roof PA, LLC* |
| Bower Law Associates, PLLC | |
| 403 S. Allen St., Suite 210 | |
| State College, PA 16801 | |
| Tel.: 814-234-2626 | |
| jjackson@bower-law.com | |

*Counsel for Plaintiff,*
*Stewart Abramson*

Dated: May 22, 2026


**IT IS SO ORDERED:**


_____

HON. MARILYN J. HORAN