**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| STEWART ABRAMSON, individually and on behalf of all others similarly situated,<br><br>    Plaintiff(s),<br><br>        v.<br><br>NETWORX SYSTEMS INC and PLANET ROOF PA, LLC<br><br>    Defendant(s). | Civil Action No. 2:26-cv-00536<br><br><br><br>**Electronically Filed** |

**THIRD JOINT STIPULATION TO EXTEND TIME
TO RESPOND TO COMPLAINT PURSUANT TO LOCAL RULE 7.E.**

And now come Plaintiff Stewart Abramson ("Plaintiff") and Defendant Planet Roof PA, LLC ("Planet Roof"), by and through their undersigned counsel, and file this Third Joint Stipulation to Extend Time to Respond Pursuant to Local Rule 7.E., stating as follows:

1.      On April 1, 2026, Plaintiff commenced the above-captioned proceeding by filing a putative class action Complaint against Planet Roof and Co-Defendant Networx Systems Inc.

2.      Plaintiff served Planet Roof with the Complaint and Summons on April 3, 2026.

3.      On April 23, 2026, the parties entered a stipulation to extend Planet Roof's time to answer or otherwise respond to the Complaint until May 26, 2026.

4.      Planet Roof's investigation into Plaintiff's allegations is continuing, and Planet Roof requires additional time to file its answer or other response to the Complaint.

5.      The parties have agreed that Planet Roof's deadline to answer or otherwise respond to the Complaint should be extended to coincide with that of Co-Defendant, Networx Systems Inc. ("Networx").  Networx's current deadline is July 27, 2026.

6.      Accordingly, pursuant to Local Rule 7.E., Plaintiff and Planet Roof stipulate to an extension of time until July 27, 2026, for Planet Roof to file its Answer to the Complaint or a motion pursuant to Federal Rule of Civil Procedure 12.

7.      This is the third extension of time in this case.  *See* Dkts. 8, 10.  This will be Planet Roof's final request for an extensive of its responsive pleading date.

Respectfully submitted,


/s/ *Anthony I. Paronich*
Anthony I. Paronich, *Pro Hac Vice*
Paronich Law, P.C.
350 Lincoln St.
Suite 2400
Hingham, MA 02043
Telephone: (508) 221-1510
Email: anthony@paronichlaw.com

Jeremy C. Jackson
PA Bar ID No.: 321557
Bower Law Associates, PLLC
403 S. Allen St., Suite 210
State College, PA 16801
Tel.: 814-234-2626
jjackson@bower-law.com

*Counsel for Plaintiff,*
*Stewart Abramson*

Dated: June 8, 2026

/s/ *Colin Dougherty*
Colin Dougherty
PA Bar ID No.: 88363
Fox Rothschild LLP
980 Jolly Road, Suite 110
P.O. Box 3001
Blue Bell, PA 19422
Telephone: (610) 397-3908
Email: cdougherty@foxrothschild.com
*Counsel for Defendant,*
*Planet Roof PA, LLC*


**IT IS SO ORDERED:**


_____
HON. MARILYN J. HORAN

2