IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| STEWART ABRAMSON, individually and on behalf of a class of all persons and entities similarly situated,<br><br>　　　　　Plaintiff<br><br>　v.<br><br>NETWORX SYSTEMS INC. and PLANET ROOF PA, LLC<br><br>　　　　　Defendants. | ：<br>：<br>：<br>：<br>：<br>：　Case No.:  2:26-cv-00536-MJH<br>：<br>：<br>：<br>：<br>：<br>：<br>： |

## **NOTICE OF APPEARANCE**

Please enter the appearance of Steven W. Zoffer and the law firm of Dickie McCamey & Chilcote, P.C. as counsel of record for Defendant Networx Systems Inc.

Respectfully submitted,

DICKIE, McCAMEY & CHILCOTE, P.C.

Date:  July 27, 2026　　　　　　By　*/s/ Steven W. Zoffer*　　　　　　
　　　　　　　　　　　　　　　　Steven W. Zoffer, Esquire
　　　　　　　　　　　　　　　　PA I.D. #62497
　　　　　　　　　　　　　　　　szoffer@dmclaw.com
　　　　　　　　　　　　　　　　Brett W. Farrar, Esquire
　　　　　　　　　　　　　　　　PA I.D. #79217
　　　　　　　　　　　　　　　　bfarrar@dmclaw.com

　　　　　　　　　　　　　　　　Four Gateway Center
　　　　　　　　　　　　　　　　444 Liberty Avenue, Suite 1000
　　　　　　　　　　　　　　　　Pittsburgh, PA  15222
　　　　　　　　　　　　　　　　(412) 281-7272

　　　　　　　　　　　　　　　　Counsel for Networx Systems Inc.