## IN THE UNITED STATES DISTRICT COURT

## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STEWART ABRAMSON, individually and on behalf of all others similarly situated | ) ) ) | Civil Action No.  2:26-cv-00536-MJH |
| VS. NETWORX SYSTEMS INC. and PLANET ROOF PA, LLC | ) ) ) ) ) | or  Criminal Action No.  _____ |

## DISCLOSURE STATEMENT

Pursuant to LCvR 7.1 of the Western District of Pennsylvania and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for _____,in the above captioned action, certifies that the following are parents, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public:

or

Pursuant to LCvR 7.1 of the Western District of Pennsylvania and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for NETWORX SYSTEMS INC. _____, in the above captioned action, certifies that there are no parents, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public.

July 27, 2026 _____

Date

/s/ Steven W. Zoffer

_____

Signature of Attorney or Litigant

Revision Date: November 1, 2016