IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

_____

STEWART ABRAMSON, individually
and on behalf of a class of all persons
and entities similarly situated,

           Plaintiff

    v.

NETWORX SYSTEMS INC. and PLANET
ROOF PA, LLC

           Defendants.
_____

:
:
:
:
:
:
:
:
:
:
:
:
:
:
:

Case No.:  2:26-cv-00536-MJH

## **NOTICE OF APPEARANCE**

Please enter the appearance of Brett W. Farrar and the law firm of Dickie McCamey

& Chilcote, P.C. as counsel of record for Defendant Networx Systems Inc.

Respectfully submitted,

DICKIE, McCAMEY & CHILCOTE, P.C.

Date:  July 27, 2026          By___*/s/ Brett W. Farrar*_____
                           Brett W. Farrar, Esquire
                           PA I.D. #79217
                           bfarrar@dmclaw.com
                           Steven W. Zoffer, Esquire
                           PA I.D. #62497
                           szoffer@dmclaw.com

                           Four Gateway Center
                           444 Liberty Avenue, Suite 1000
                           Pittsburgh, PA  15222
                           (412) 281-7272

                           Counsel for Networx Systems Inc.