IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

_____ :
STEWART ABRAMSON, individually : 
and on behalf of a class of all persons : 
and entities similarly situated, :
                               :
             Plaintiff, :
                               :   Case No.:  2:26-cv-00536-MJH
        v. :
                               :
NETWORX SYSTEMS INC. and PLANET : 
ROOF PA, LLC :
                               :
           Defendants. :
_____ :

## NOTICE OF APPEARANCE

Please enter the appearance of Alyssa Mursch and the law firm of Dickie McCamey & Chilcote, P.C. as counsel of record for Defendant Networx Systems Inc.

Respectfully submitted,

DICKIE, McCAMEY & CHILCOTE, P.C.

Date:  July 28, 2026

By   */s/ Alyssa Mursch*
      Alyssa Mursch, Esquire
      PA I.D. #334925
      awecht@dmclaw.com
      Brett W. Farrar, Esquire
      PA I.D. #79217
      bfarrar@dmclaw.com
      Steven W. Zoffer, Esquire
      PA I.D. #62497
      szoffer@dmclaw.com

Four Gateway Center
444 Liberty Avenue, Suite 1000
Pittsburgh, PA  15222
(412) 281-7272

Counsel for Networx Systems Inc.