**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| STEWART ABRAMSON, individually and on behalf of all others similarly situated, | Civil Action No. 2:26-cv-00536 |
| Plaintiff(s), | |
| v. | |
| NETWORX SYSTEMS INC and PLANET ROOF PA, LLC | |
| | **Electronically Filed** |
| Defendant(s). | |

**PRAECIPE TO ISSUE SUMMONS ON THIRD-PARTY COMPLAINT**

TO: The Clerk of the Court

Kindly issue a Summons on a Third-Party Complaint in the above captioned action. A true and correct copy of the proposed Summons is attached hereto.

Respectfully submitted,

Dated:  August 3, 2026          **FOX ROTHSCHILD LLP**

By: *s/ Colin D. Dougherty*
   Colin D. Dougherty
   D. Wesley Meehan
   980 Jolly Road, Suite 110
   Blue Bell, PA 19422-3001
   Tel:  (610) 397-6500
   Fax:  (610) 397-0450
   cdougherty@foxrothschild.com
   wmeehan@foxrothschild.com
   *Attorneys for Defendant Planet Roof PA, LLC*

2

## CERTIFICATE OF SERVICE

I, Colin D. Dougherty, hereby certify that, on this date, I caused the foregoing document to be filed electronically with this Court, where it is available for viewing and downloading from the Court's ECF system, and that such electronic filing automatically generates a Notice of Electronic Filing constituting service of the filed document, upon all counsel of record.

Dated:  August 3, 2026

s/ Colin D. Dougherty
Colin D. Dougherty
FOX ROTHSCHILD LLP

2