EXHIBIT B

IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEWART ABRAMSON, individually and on behalf of a class of all persons and entities similarly situated, | : |
| | : |
| | : |
| | : |
| | : |
| Plaintiff | : |
| | : Case No.: 2:26-cv-00536-MJH |
| v. | : |
| | : |
| NETWORX SYSTEMS INC. and PLANET ROOF PA, LLC | : |
| | : |
| Defendants. | : |
| | : |

## ANSWER AND AFFIRMATIVE DEFENSES

AND NOW comes the Defendant, Networx Systems Inc.("Networx"), by and through their counsel, Dickie, McCamey & Chilcote, P.C., and files this Answer and Affirmative Defenses, stating in support thereof as follows:

### Background

1. The allegations contained in Paragraph 1 contain conclusions of law to which no response is required. To the extent that a response is required, such allegations are denied.

2. The statements in Paragraph 2 refer to a Supreme Court decision which speaks for itself and all characterizations are denied.

3. The allegations contained in Paragraph 3 contain conclusions of law to which no response is required. To the extent that a response is required, such allegations are denied.

1

4.      The allegations contained in Paragraph 4 contain conclusions of law to which no response is required.  To the extent that a response is required, such allegations are denied.  By way of further response, it is admitted that Plaintiff styled this action as a class action.  It is denied that this lawsuit meets the requirements of a class action or that a class action is an appropriate method of adjudicating this lawsuit.

5.      The allegations contained in Paragraph 5 contain conclusions of law to which no response is required.  To the extent that a response is required, such allegations are denied.

## Parties

6.      Networx lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph 6 and therefore such allegations are denied.

7.      Admitted.

8.      Networx lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph 8 and therefore such allegations are denied.

## Jurisdiction & Venue

9.      The allegations contained in Paragraph 9 contain conclusions of law to which no response is required.  To the extent that a response is required, such allegations are denied.

10.     The allegations contained in Paragraph 10 contain conclusions of law to which no response is required.  To the extent that a response is required, such allegations are denied.

11. The allegations contained in Paragraph 11 contain conclusions of law to which no response is required. To the extent that a response is required, such allegations are denied.

## **Factual Allegations**

12. Networx lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph 12 and therefore such allegations are denied

13. Networx lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph 13 and therefore such allegations are denied.

14. Networx lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph 14 and therefore such allegations are denied.

15. Networx lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph 15 and therefore such allegations are denied.

16. Denied. By way of further response, it is denied that Networx placed the alleged calls to Plaintiff.

17. Denied. By way of further response, it is denied that Networx placed the alleged calls to Plaintiff.

18. Denied. By way of further response, it is denied that Networx placed the alleged calls to Plaintiff.

19. Networx lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph 19 and therefore such allegations are denied.

20. Networx lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph 20 and therefore such allegations are denied.

21. Networx lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph 21 and therefore such allegations are denied.

22. The allegations in Paragraph 22 refer to an alleged phone conversation which speaks for itself and all characterizations are denied.

23. Networx lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph 23 and therefore such allegations are denied.

24. Networx lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph 24 and therefore such allegations are denied.

25. Networx lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph 25 and therefore such allegations are denied.

26. Networx lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph 26 and therefore such allegations are denied.

27. Networx lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph 27 and therefore such allegations are denied.

28. The allegations contained in Paragraph 28 contain conclusions of law to which no response is required. To the extent that a response is required, Networx lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph 28 and therefore such allegations are denied.

29. Networx lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph 29 and therefore such allegations are denied.

30. Networx lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph 30 and therefore such allegations are denied.

31.     The allegations contained in Paragraph 31 contain conclusions of law to which no response is required.  To the extent that a response is required, Networx lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph 31 and therefore such allegations are denied.

### Planet Roof PA's Liability for Networx Conduct

32.     The allegations contained in Paragraph 32 contain conclusions of law to which no response is required.  To the extent that a response is required, such allegations are denied.  By way of further response, Networx is not Planet Roof PA, LLC's agent.

33.     The allegations contained in Paragraph 33 contain conclusions of law to which no response is required.  To the extent that a response is required, such allegations are denied.  By way of further response, it is denied that Networx placed the alleged calls to Plaintiff or for Planet Roof PA, LLC's benefit.

34.     Denied.  By way of further response, it is denied that Networx placed the alleged calls to Plaintiff or for Planet Roof PA, LLC's exclusive benefit.

35.     The allegations contained in Paragraph 32 contain conclusions of law to which no response is required.  To the extent that a response is required, such allegations are denied.  By way of further response, Networx is not Planet Roof PA, LLC's agent and it is denied that Networx placed the alleged calls to Plaintiff or for Planet Roof PA, LLC's benefit.

36.     Networx lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph 36 and therefore such allegations are denied.

37.     Networx lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph 37 and therefore such allegations are denied.

38.     Networx lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph 38 and therefore such allegations are denied. By way of further response, it is denied that Networx placed the alleged calls to Plaintiff.

39.     Denied.   By way of further response, it is denied that Networx placed the alleged calls to Plaintiff.

40.     Networx lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph 40 and therefore such allegations are denied.

### Class Action Statement

41.     Networx incorporates the preceding paragraphs as if the same were set forth herein at length.

42.     Paragraph 42 does not contain allegations directed to Networx that require a response.  To the extent that a response is required, it is admitted that Plaintiff styled this action as a class action.  It is denied that this lawsuit meets the requirements of a class action or that a class action is an appropriate method of adjudicating this lawsuit.

43.     Paragraph 43 does not contain allegations directed to Networx that require a response.  To the extent that a response is required, it is admitted that Plaintiff styled this action as a class action.  It is denied that this lawsuit meets the requirements of a class action or that a class action is an appropriate method of adjudicating this lawsuit.

44.     Paragraph 44 does not contain allegations directed to Networx that require a response.  To the extent that a response is required, Networx lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph 44 and therefore such allegations are denied.

6

45.     Paragraph 45 does not contain allegations directed to Networx that require a response.  To the extent that a response is required, it is admitted that Plaintiff styled this action as a class action.  It is denied that this lawsuit meets the requirements of a class action or that a class action is an appropriate method of adjudicating this lawsuit.

46.     The allegations contained in Paragraph 46 contain conclusions of law to which no response is required.  To the extent that a response is required, such allegations are denied. It is denied that this lawsuit meets the requirements of a class action or that a class action is an appropriate method of adjudicating this lawsuit.

47.     Paragraph 47 does not contain allegations directed to Networx that require a response.  To the extent that a response is required, the allegations refer to a Complaint in writing which speaks for itself and all characterizations are denied.  It is denied that this lawsuit meets the requirements of a class action or that a class action is an appropriate method of adjudicating this lawsuit.

48.     Denied.  It is denied that this lawsuit meets the requirements of a class action or that a class action is an appropriate method of adjudicating this lawsuit.

49.     Paragraph 49 does not contain allegations directed to Networx that require a response.  To the extent that a response is required, such allegations are denied. It is denied that this lawsuit meets the requirements of a class action or that a class action is an appropriate method of adjudicating this lawsuit.

50.     The allegations contained in Paragraph 50 contain conclusions of law to which no response is required.  To the extent that a response is required, such allegations are denied. It is denied that this lawsuit meets the requirements of a class action or that a class action is an appropriate method of adjudicating this lawsuit.

51. The allegations contained in Paragraph 51 contain conclusions of law to which no response is required. To the extent that a response is required, such allegations are denied. It is denied that this lawsuit meets the requirements of a class action or that a class action is an appropriate method of adjudicating this lawsuit.

52. The allegations contained in Paragraph 52 contain conclusions of law to which no response is required. To the extent that a response is required, such allegations are denied. It is denied that this lawsuit meets the requirements of a class action or that a class action is an appropriate method of adjudicating this lawsuit.

53. The allegations contained in Paragraph 53 contain conclusions of law to which no response is required. To the extent that a response is required, such allegations are denied. It is denied that this lawsuit meets the requirements of a class action or that a class action is an appropriate method of adjudicating this lawsuit.

54. The allegations contained in Paragraph 54 contain conclusions of law to which no response is required. To the extent that a response is required, such allegations are denied. It is denied that this lawsuit meets the requirements of a class action or that a class action is an appropriate method of adjudicating this lawsuit.

55. Paragraph 55 does not contain allegations directed to Networx that require a response. To the extent that a response is required, Networx lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph 55 and therefore such allegations are denied. It is denied that this lawsuit meets the requirements of a class action or that a class action is an appropriate method of adjudicating this lawsuit.

56. The allegations contained in Paragraph 56 contain conclusions of law to which no response is required. To the extent that a response is required, such allegations are

8

denied. It is denied that this lawsuit meets the requirements of a class action or that a class action is an appropriate method of adjudicating this lawsuit.

57. Paragraph 57 does not contain allegations directed to Networx that require a response. To the extent that a response is required, Networx lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph 57 and therefore such allegations are denied. It is denied that this lawsuit meets the requirements of a class action or that a class action is an appropriate method of adjudicating this lawsuit.

58. Paragraph 58 does not contain allegations directed to Networx that require a response. To the extent that a response is required, Networx lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph 58 and therefore such allegations are denied. It is denied that this lawsuit meets the requirements of a class action or that a class action is an appropriate method of adjudicating this lawsuit.

**CAUSE OF ACTION**

**Telephone Consumer Protection Act
(Violations of 47 U.S.C. § 227(b))
On Behalf of Plaintiff and the Robocall Class)**

59. Networx incorporates the preceding paragraphs as if the same were set forth herein at length.

60. The allegations contained in Paragraph 60 contain conclusions of law to which no response is required. To the extent that a response is required, such allegations are denied.

61. The allegations contained in Paragraph 61 contain conclusions of law to which no response is required. To the extent that a response is required, such allegations are denied.

9

62. The allegations contained in Paragraph 62 contain conclusions of law to which no response is required. To the extent that a response is required, such allegations are denied.

63. The allegations contained in Paragraph 63 contain conclusions of law to which no response is required. To the extent that a response is required, such allegations are denied.

WHEREFORE, Networx Services Inc. denies that Plaintiff individually and on behalf of any Class, is entitled to any relief.

## AFFIRMATIVE DEFENSES

As separate, additional defenses, without assuming the burden of proof as to any issue the lies with Plaintiff, Networx alleges as follows:

### FIRST DEFENSE

The Complaint fails to state a claim upon which relief can be granted.

### SECOND DEFENSE

No act or omission on the part of Networx caused or contributed to the damages alleged in the Complaint.

### THIRD DEFENSE

The claims and/or damages alleged in the Complaint were caused by Plaintiff, or persons and/or entities over which Networx exercised no control, or that were not employees or agents of Networx and therefore Networx is not vicariously liable for any acts or omissions by said persons/entities.

**FOURTH DEFENSE**

The acts and/or omissions alleged in the Complaint were caused by persons and/or entities over which Networx exercised no control.

**FIFTH DEFENSE**

The Complaint may have failed to join an indispensable party.

**SIXTH DEFENSE**

Plaintiff's claims are barred, in whole or in part, by the doctrines of fraud, illegality, and/or estoppel.

**SEVENTH DEFENSE**

Plaintiff's claims are barred, in whole or in part, by its failure to mitigate damages.

**EIGHTH DEFENSE**

Plaintiff's claims are barred, in whole or in part, by the doctrine of unclean hands.

**NINTH DEFENSE**

Plaintiff's claims are barred, in whole or in part, by the applicable statute of limitations.

**TENTH DEFENSE**

The Complaint is barred, in whole or in part, because no equitable relief is available to Plaintiff.

**ELEVENTH DEFENSE**

Plaintiff's claims are barred, in whole or in part, by the doctrine of consent.

**TWELFTH DEFENSE**

The purported class cannot be certified because it does not satisfy the criteria set forth in Federal Rule of Civil Procedure 23 for certification.  Further, the purported class, class representatives and/or class counsel fail to meet the ascertainability, numerosity,

typicality, commonality, adequacy, superiority and predominance requirements for class actions.

### THIRTEENTH DEFENSE

Plaintiff's purported class action claims are barred, in whole or in part, because the Class definition is vague, ambiguous and overly broad.

### FOURTEENTH DEFENSE

The claims are barred, in whole or in part, by Plaintiff's and/or the proposed Class member's lack of standing.

### FIFTEENTH DEFENSE

Plaintiff is estopped to pursue this action to the extent that Plaintiff proceeded with prosecution of any other class, consolidated or individual action against Networx, including but not limited to actions instituted prior to or subsequent to this action.

### SIXTEENTH DEFENSE

Networx acted in compliance with applicable statutory, regularity and common law requirements thereby barring, in whole or in part, all or some of the claims asserted.

### SEVENTEENTH DEFENSE

Plaintiff's claims are barred, in whole or in part, by the doctrine of accord and satisfaction.

### RIGHT TO ASSERT ADDITIONAL AFFIRMATIVE DEFENSES

Networx hereby gives notice that it intends to rely on any defenses as maybe come available or apparent during discovery proceedings in this case, and that it hereby reserves the right to research such defenses.

12

**DEMAND FOR JURY TRIAL**

Defendant, Networx Systems Inc., demands a trial by jury on all issues so triable.

**<u>PRAYER FOR RELIEF</u>**

WHEREFORE, Networx Systems Inc. prays for relief as follows:

      A.      For an Order entering Judgment in its favor.

      B.      For all other relief that this Court deems just and proper.

Respectfully submitted,

DICKIE, McCAMEY & CHILCOTE, P.C.

By_*/s/ Steven W. Zoffer*_____
      Steven W. Zoffer, Esquire
      PA I.D. #62497
      szoffer@dmclaw.com
      Brett W. Farrar, Esquire
      PA I.D. #79217
      bfarrar@dmclaw.com

Four Gateway Center
444 Liberty Avenue, Suite 1000
Pittsburgh, PA  15222
(412) 281-7272

Counsel for Networx Systems Inc.

36303915.1