IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

_____  :
                                           :
STEWART ABRAMSON, individually and on      :
behalf of a class of all persons and entities  :
similarly situated,                        :
                                           :
    Plaintiff,                           :
                                           :  Case No.:  2:26-cv-00536-MJH
      v.                               :
                                           :
NETWORX SYSTEMS INC. and PLANET            :
ROOF PA, LLC,                              :
                                           :
    Defendants/Third-Party Plaintiffs,   :
                                           :
      v.                               :
                                           :
BIGLY SALES, INC.,                         :
                                           :
    Third-Party Defendant.               :
_____  :

## PRAECIPE TO ISSUE SUMMONS ON THIRD-PARTY COMPLAINT

TO:    The Clerk of the Court

      Kindly issue a Summons on a Third-Party Complaint in the above captioned action.  A true and correct copy of the proposed Summons is attached hereto.

        Respectfully submitted,

        DICKIE, McCAMEY & CHILCOTE, P.C.

        By  */s/ Steven W. Zoffer*_____
            Steven W. Zoffer, Esquire
            PA I.D. #62497
            szoffer@dmclaw.com
            Brett W. Farrar, Esquire
            PA I.D. #79217
            bfarrar@dmclaw.com
            Alyssa Mursch, Esquire
            PA I.D. #334925
            awecht@dmclaw.com

        Four Gateway Center
        444 Liberty Avenue, Suite 1000
        Pittsburgh, PA  15222
        (412) 281-7272

        *Counsel for Networx Systems Inc.*