AO 441 (Rev. 07/10)  Summons on Third-Party Complaint

# UNITED STATES DISTRICT COURT
### for the
Western District of Pennsylvania

| | |
|---|---|
| STEWART ABRAMSON<br>*Plaintiff*<br><br>v.<br><br>NETWORX SYSTEMS INC.<br>*Defendant, Third-party plaintiff*<br><br>v.<br><br>BIGLY SALES, INC.<br>*Third-party defendant* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    Civil Action  No.  2:26-cv-00536 |

## SUMMONS ON A THIRD-PARTY COMPLAINT

To: *(Third-party defendant's name and address)*      Bigly Sales, Inc.
c/o Corporate Creations Network Inc.
1521 Concord Pike, Suite 201
Wilmington, DE 19803

     A lawsuit has been filed against defendant __Networx Systems Inc.__ , who as third-party plaintiff is making this claim against you to pay part or all of what the defendant may owe to the plaintiff __Stewart Abramson__ .

     Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff and on the defendant an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the defendant or defendant's attorney, whose name and address are:
Steven W. Zoffer
Dickie, McCamey & Chilcote, P.C.
444 Liberty Ave, Suite 1000, Pittsburgh, PA 15222

     It must also be served on the plaintiff or plaintiff's attorney, whose name and address are:
Jeremy C. Jackson
BOWER LAW ASSOCIATES, PLLC
403 S. Allen St, Suite 210, State College, PA 16801

     If you fail to respond, judgment by default will be entered against you for the relief demanded in the third-party complaint.  You also must file the answer or motion with the court and serve it on any other parties.

     A copy of the plaintiff's complaint is also attached.  You may – but are not required to – respond to it.

CLERK OF COURT

08/14/2026

*Deborah M. Hamilton*

Date

Signature of Clerk or Deputy Clerk

AO 441 (Rev. 07/10)  Summons on Third-Party Complaint (Page 2)

Civil Action No.  2:26-cv-00536

## PROOF OF SERVICE

### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❐  I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❐  I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐  I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❐  I returned the summons unexecuted because _____ ; or

❐  Other *(specify):* _____

_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: