**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| STEWART ABRAMSON, individually and on behalf of all others similarly situated, | Civil Action No. 2:26-CV-00536-MJH |
| Plaintiffs, | |
| v. | |
| NETWORX SYSTEMS INC and PLANET ROOF PA, LLC, | |
| Defendants. | |

**ENTRY OF APPEARANCE**

Kindly enter the appearance of MARSHALL DENNEHEY, P.C. and CARLY P. EDMAN, ESQUIRE on behalf of Third Party Defendant, BIGLY SALES, INC., in connection with the above-captioned matter.

Respectfully submitted,

**MARSHALL DENNEHEY, P.C.**

BY: _____

Carly P. Edman, Esquire
PA ID #330913
**Attorney for Third Party Defendant,
Bigly Sales, Inc.**
Union Trust Building, Suite 700
501 Grant Street
Pittsburgh, PA  15219
412 803-1155
412 803-1188/fax
cpedman@mdwcg.com