**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

STEWART ABRAMSON, individually and
on behalf of all others similarly situated,

        Plaintiffs,

    v.

NETWORX SYSTEMS INC and PLANET
ROOF PA, LLC,

        Defendants.

Civil Action No. 2:26-CV-00536-MJH

## ENTRY OF APPEARANCE

Kindly enter the appearance of MARSHALL DENNEHEY, P.C. and GREGORY P. GRAHAM, ESQUIRE on behalf of Third Party Defendant, BIGLY SALES, INC., in connection with the above-captioned matter.

Respectfully submitted,

**MARSHALL DENNEHEY, P.C.**

BY: _____
Gregory P. Graham, Esquire
PA ID #317205
**Attorney for Third Party Defendant,
Bigly Sales, Inc.**
Union Trust Building, Suite 700
501 Grant Street
Pittsburgh, PA  15219
412 803-1150
412 803-1188/fax
gpgraham@mdwcg.com