**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

STEWART ABRAMSON, individually and
on behalf of all others similarly situated,

Plaintiffs,

v.

Case No.: 2:26-CV-00536-MJH

NETWORX SYSTEMS INC. and PLANET ROOF PA, LLC,

Defendants.

**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO THIRD PARTY COMPLAINT**

AND NOW, come undersigned counsel, and hereby stipulate with regard to responding to Defendant Planet Roof PA, LLC's Third Party Complaint. It is stipulated that Third Party Defendant, BIGLY SALES, INC., will file its response to Defendant Planet Roof PA, LLC's Third Party Complaint on or before September 7, 2026.

Respectfully submitted,

**FOX ROTHSCHILD LLP**

BY: *s/Colin D. Dougherty*
Colin D. Dougherty, Esquire
PA ID #88363
980 Jolly Road, Suite 110
Blue Bell, PA 19422-3001
610-397-3908
cdougherty@foxrothschild.com
**Counsel for Defendant, Planet Roof PA, LLC**

**MARSHALL DENNEHEY, P.C.**

BY: *s/Danielle M. Vugrinovich*
Danielle M. Vugrinovich, Esquire
PA ID #88326
Union Trust Building
501 Grant Street, Ste. 700
Pittsburgh, PA 15219
412-803-1185
dmvugrinovich@mdwcg.com
**Counsel for Third Party Defendant, Bigly Sales, Inc.**

**APPROVED BY:**

______________________________
Marilyn J. Horan
*District Judge*