IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEWART ABRAMSON, individually and on behalf of a class of all persons and entities similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NETWORX SYSTEMS INC. and PLANET ROOF PA, LLC,<br><br>Defendants/Third-Party Plaintiffs,<br><br>v.<br><br>BIGLY SALES, INC.,<br><br>Third-Party Defendant. | Case No.: 2:26-cv-00536-MJH |

**AFFIDAVIT OF SERVICE**

I, Alyssa Mursch, Esquire, hereby certify that a true copy of the Summons and a Third-Party Complaint in Civil Action were served by Nicole Bernardo, Process Server upon Michael Verlander, Authorized Agent, accepted service on behalf of Bigly Sales, Inc. on August 21, 2026 at 10:32 a.m. Service was conducted at Bigly Sales, Inc.'s registered agent offices of Corporate Creations Network at 1521 Concord Pike, Suite 201, Wilmington, DE 19803. A copy of the Proof of Service is attached hereto and marked as Exhibit "A".

Respectfully submitted,

DICKIE, McCAMEY & CHILCOTE, P.C.

By *\/s/ Alyssa Mursch*

Alyssa Mursch, Esquire
PA I.D. #334925
awecht@dmclaw.com

Steven W. Zoffer, Esquire
PA I.D. #62497
szoffer@dmclaw.com

Brett W. Farrar, Esquire
PA I.D. #79217
bfarrar@dmclaw.com

Four Gateway Center
444 Liberty Avenue, Suite 1000
Pittsburgh, PA 15222
(412) 281-7272

*Counsel for Networx Systems Inc.*

Civil Action No. 2:26-cv-00536-MJH

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Bigly Sales Inc., c/o Corporate Creations Network Inc. was received by me on *(date)* 8/14/26.

- [ ] I personally served the summons on the individual at *(place)* ________________ on *(date)* ________________; or
- [ ] I left the summons at the individual's residence or usual place of abode with *(name)* ________________, a person of suitable age and discretion who resides there, on *(date)* ________________, and mailed a copy to the individual's last known address; or
- [X] I served the summons on *(name of individual)* Michael Verlander, who is designated by law to accept service of process on behalf of *(name of organization)* Bigly Sales Inc., c/o Corporate Creations Network Inc. on *(date)* 08/21/2026; or
- [ ] I returned the summons unexecuted because: ________________; or
- [ ] Other: ________________; or

My fees are $ ________________ for travel and $ ________________ for services, for a total of $ ________________.

I declare under penalty of perjury that this information is true.

Date: 08/21/2026

NBernardo

*Server's signature*

Nicole Bernardo, Process Server

*Printed name and title*

107 S. West St. Ste. 417, Alexandria, VA 22314

*Server's address*

Additional information regarding attempted service, etc.:

1) Successful Attempt: Aug 21, 2026, 10:32 am EDT at 1521 Concord Pike, Suite 201 Wilmington, DE 19803 received by Michael Verlander. Age: 30; Ethnicity: Hispanic; Gender: Male; Weight: 200; Height: 5'7"; Hair: Black; Eyes: Brown; Relationship: Admin;