**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

STEWART ABRAMSON, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

NETWORX SYSTEMS INC and PLANET ROOF PA, LLC,

Defendants,

v.

BIGLY SALES, INC.,

Third Party Defendant.

Civil Action No. 2:26-CV-00536-MJH

**STIPULATION SELECTING ADR PROCESS**

Counsel report that they have met and conferred regarding Alternative Dispute Resolution (ADR) and have reached the following stipulation pursuant to L.R. 16.2 and the Court's ADR Policies and Procedures.

**I. PROCESS**
Select one of the following processes:

____X__Mediation
_____ Early Neutral Evaluation (ENE)
______Court sponsored Binding[1] Arbitration
______Court sponsored Non-binding Arbitration
______Other (please identify process and provider) ________________________

**If you are utilizing a private ADR process, such as the American Arbitration Association, be advised that the case is still governed by the Court's ADR Policies and Procedures. It is the responsibility of counsel to ensure that all of the proper forms are timely submitted and filed, as required by Policies and Procedures.**

**II. COSTS**

The parties have agreed to share the ADR costs as follows (do not complete percentages for Court sponsored arbitration. For that process, costs are paid by the Court in accordance with 28 USC §658.):

[1]For binding arbitration, please complete form "Stipulation to Binding Arbitration" located on the Court's website at www.pawd.uscourts.gov

50 % by Plaintiffs
50 % by Defendants

If a dispute arises as to compensation and costs for the mediator/neutral evaluator/private arbitrator, the Court will set reasonable compensation and costs.

## III. NEUTRAL

The parties hereby designate by agreement the following individual to serve as a Neutral in the above-styled action:

Name of Neutral: ____________
Address of Neutral: ____________
Telephone & FAX Numbers: ____________
Email address of Neutral: ____________
**Date of ADR Session:** ____________

**The parties request that the timing of mediation be discussed at the Rule 16 Conference. Plaintiff's counsel provided defense counsel with a list of mediators; however, defense counsel requests additional time to assess and discuss the proposed mediators.**

The parties represent that they have contacted the selected prospective neutral and have determined that the neutral is available to conduct the ADR session within the time prescribed by the Court's Policies and Procedures and that the neutral does not have a conflict.

## IV. PARTICIPANTS

Name and title of the individual(s) who will be attending the mediation or early neutral evaluation session, **in addition to counsel,** in accordance with **Section 2.7 (Attendance at Session)** of the Court's ADR Policies and Procedures:

Anthony Paronich, Esquire
Attorney for Plaintiff

Attendee: Stewart Abramson

Danielle M. Vugrinovich, Esquire
Attorney for Bigly, Sales, Inc.

Attendees: Tom Ryan, CEO of Bigly Sales, Inc. and a carrier representative to be identified

Steven W. Zoffer, Esquire and/or Brett W. Farrar, Esquire
Attorneys for Networx Systems, Inc.

Attendees:

Representative to be identified.

Colin D. Dougherty, Esquire
Attorney for Planet Roof, LLC

Attendees: Christopher Fried, In-house Counsel

Each party certifies that the representative(s) attending the ADR session on its behalf has full and complete settlement authority, **as specified in sub-section (A)(1-3) of the above section of the Court's ADR Policies and Procedures.**

## V. ACKNOWLEDGMENT

We, the undersigned parties to this action, declare that this stipulation is both consensual and mutual.

Dated: 9/28/26 *s/ Anthony Paronich*
Attorney for Plaintiff

Dated: 9/28/26 *s/ Danielle Vugrinovich*
Attorney for Third Party Defendant, Bigly Sales, Inc.

Dated: 9/28/26 *s/ Brett Farrer*
Attorney for Defendant Networx Solutions, Inc.

Dated 9/28/26 *s/ Colin Dougherty*
Attorney for Planet Roof, LLC